| | |
|---|---|
| 1 | GINA M. CHANG, Bar No. 260747 |
| 2 | gchang@littler.com |
| | LITTLER MENDELSON |
| 3 | A Professional Corporation |
| | 50 West San Fernando Street, 15th Floor |
| 4 | San Jose, CA 95113.2303 |
| | Telephone: 408.998.4150 |
| 5 | Fax No.: 408.288.5686 |

Attorneys for Defendants
RONALD T. KENT DBA OAXACAN FOODS, ZAIDA KENT DBA OAXACAN FOODS AND THE OAXACAN KITCHEN, INC. DBA OAXACAN FOODS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELIA GARCIA, | Case No. C09 05773 JF |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR RESPOND TO THE COMPLAINT, AND [P~~ROPOSED~~] ORDER** |
| RONALD T. KENT DBA OAXACAN FOODS, ZAIDA KENT DBA OAXACAN FOODS AND THE OAXACAN KITCHEN, INC. DBA OAXACAN FOODS, | |
| Defendants. | |

The parties, by their undersigned counsel, stipulate and agree that Defendants shall have a three-week extension of time, from January 27, 2010 to February 17, 2010, to answer the Complaint or otherwise respond.

Firmwide:93676730.1 064553.1001                                        Case No. C09-05773 JF

**STIPULATION TO EXTEND DEADLINE TO ANSWER OR RESPOND TO THE COMPLAINT, AND [PROPOSED] ORDER**

Dated: January 22, 2010

      /s/ Gina M. Chang
GINA M. CHANG
LITTLER MENDELSON
Attorneys for Defendants
RONALD T. KENT DBA OAXACAN FOODS, ZAIDA KENT DBA OAXACAN FOODS AND THE OAXACAN KITCHEN, INC. DBA OAXACAN FOODS

Dated: January 22, 2010

      /s/ James Dal Bon
JAMES DAL BON
DAL BON & MARGAIN APC
Attorneys for Plaintiff
CELIA GARCIA

## ORDER

The Court, having reviewed the foregoing Stipulation, hereby approves the Stipulation and extends the time for Defendants to answer or otherwise plead by three weeks, from January 27, 2010 to February 17, 2010.

IT IS SO ORDERED.

DATED: 1/25/10

UNITED STATES DISTRICT COURT JUDGE