1  GINA M. CHANG, Bar No. 260747
   gchang@littler.com
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 15th Floor
   San Jose, CA  95113.2303
4  Telephone:    408.998.4150
   Fax No.:      408.288.5686
5

6  Attorneys for Defendants
   RONALD T. KENT DBA OAXACAN
7  FOODS, ZAIDA KENT DBA OAXACAN
   FOODS AND THE OAXACAN KITCHEN,
8  INC. DBA OAXACAN FOODS

9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12 | CELIA GARCIA,                          | Case No.  C09 05773 JF
13 |                    Plaintiff,          |
14 |         v.                             | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR RESPOND TO THE COMPLAINT, AND [PROPOSED] ORDER**
15 | RONALD T. KENT DBA OAXACAN FOODS, ZAIDA KENT DBA OAXACAN FOODS AND THE OAXACAN KITCHEN, INC. DBA OAXACAN FOODS, |
16 |                                        |
17 |                    Defendants.         |
18 |                                        |

19

20         The parties, by their undersigned counsel, stipulate and agree that Defendants shall

21 have a three-week extension of time, from January 27, 2010 to February 17, 2010, to answer the

22 Complaint or otherwise respond.

23

24

25

26

27

28

Firmwide:93676730.1 064553.1001                                     Case No. C09-05773 JF

**STIPULATION TO EXTEND DEADLINE TO ANSWER OR RESPOND TO THE COMPLAINT, AND [PROPOSED] ORDER**

1  Dated: January 22, 2010

        /s/ Gina M. Chang
        GINA M. CHANG
        LITTLER MENDELSON
        Attorneys for Defendants
        RONALD T. KENT DBA OAXACAN FOODS, ZAIDA KENT DBA OAXACAN FOODS AND THE OAXACAN KITCHEN, INC. DBA OAXACAN FOODS

Dated: January 22, 2010

        /s/ James Dal Bon
        JAMES DAL BON
        DAL BON & MARGAIN APC
        Attorneys for Plaintiff
        CELIA GARCIA

**ORDER**

The Court, having reviewed the foregoing Stipulation, hereby approves the Stipulation and extends the time for Defendants to answer or otherwise plead by three weeks, from January 27, 2010 to February 17, 2010.

IT IS SO ORDERED.

DATED: 1/25/10

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:93676730.1 064553.1001    -2-    Case No. C09-05773 JF

**STIPULATION TO EXTEND DEADLINE TO ANSWER OR RESPOND TO THE COMPLAINT, AND [PROPOSED] ORDER**